UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRUE JEFFERSON,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00331-RCJ-WGC<br><br>ORDER |

Pending before the court are two motions for extension of time. ECF Nos. 22/25. Both appear to have been filed in good faith, and the pleadings to which the relate have since been filed. ECF Nos. 22/26. Thus, both motions are GRANTED *nunc pro tunc* as of their respective filing dates.

DATED: September 24, 2021

_____
UNITED STATES DISTRICT JUDGE